UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS SHIVERS

    Plaintiff,

V.                                                       CIVIL ACTION NO.

CONVERGENT HEALTHCARE RECOVERIES, INC.

    Defendant.                                 JULY 19, 2013

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued there under; the Telephone Consumer Protection Act (TCPA) 47 U.S.C. §227 (b) and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Vernon, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and a licensed collection agency with the State of Connecticut Department of Banking, and has a principal place of business located at 124 SW Adams Street, Suite 210, Peoria, IL, 61606.

.

6. Defendant communicated with the Plaintiff by letter and automated phone calls during the past 12 months, prior to the filing of this action, in an attempt to collect Plaintiff's disputed personal debt.

7. Plaintiff disputed the alleged debt seven (7) times, via U.S.P.S. "Certified Mail" demanding that the Defendant stop calling his cell phone and landline telephones.

8. Defendant ignored the seven "certified letters" and called Plaintiff's cell phone number without permission and with the use of an automatic dialer and/or pre-recorded voice sometimes up to 7 times a day, in excess of 100 calls in the past 12 months, prior to this action being filed and harassed the Plaintiff and violated the FDCPA §1692c & d.

**Second Count.**

9. The allegations of the First Count are repeated and realleged as if fully set forth herein.

10. Defendant's collection calls to the Plaintiff violated the TCPA..

**Third Count.**

11. The allegations of the First Count and Second Count are repeated and realleged as if fully set forth herein.

12. Defendant has committed unfair or deceptive acts or practices within the meaning of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

**WHEREFORE plaintiff respectfully requests this Court to:**

1. Award Plaintiff such damages as are permitted by law including $1,000 statutory damages against the Defendant;

2. Award Plaintiff damages as are permitted by law 47 U.S.C. § 227(b)(3) on Count II

3. Award Plaintiff damages as are permitted by law on Count III.

4. Award the Plaintiff costs of suit and a reasonable attorney's fee;

5. Award such other and further relief as law may provide.

THE PLAINTIFF
BY /S/ 
Michael W. Kennedy, Esquire
The Kennedy Law Firm
1204 Main Street, Suite 176
Branford, CT 06405
203-481-4040
Fax: 443-440-6372
Bar No. ct19664
Email: mwk550@yahoo.com